JAMES C. HARRISON, State Bar No. 161958
THOMAS A. WILLIS, State Bar No. 160989
KAREN GETMAN, State Bar No. 136285
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA  94577
Phone:  (510) 346-6200
FAX:  (510) 346-6201

Attorneys for Plaintiffs
Carole Migden, Friends of Carole Migden Committee, and Re-Elect Senator Carole Migden Committee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE MIGDEN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CALIFORNIA FAIR POLITICAL PRACTICES ) <br> COMMISSION, et al., ) <br> ) <br> Defendants. ) <br> ) | No.: 2:08-CV-00486-EFB <br><br> **STIPULATION AND ORDER TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs have filed a Motion for Preliminary Injunction concurrently with this Stipulation. The Motion for Preliminary Injunction is currently scheduled to be heard on April 16, 2008, at 10:00 a.m. Pursuant to Local Rules 6-144(e) and 83-143, the parties hereby request that the hearing be rescheduled to March 26, 2008, at 10:00 a.m., and that the briefing schedule be shortened so that the issues presented in the Motion for Preliminary Injunction can be determined on an expedited basis without resorting to an Application for a Temporary Restraining Order. There have been no previous stipulations or motions to shorten or enlarge time in this case.

To that end, the parties hereby propose to adhere to the following briefing schedule on plaintiffs' Motion for Preliminary Injunction:

Plaintiffs' Motion filed March 7, 2008;

Defendants' Opposition due Tuesday, March 18, 2008 at 12:00 noon;

Plaintiffs' Reply due Friday, March 21, 2008; and

Hearing on Wednesday, March 26, 2008, at 10:00 a.m.

Briefs shall be served by electronic filing.

Dated: March 7, 2008                    Respectfully submitted,

                                        JAMES C. HARRISON
                                        THOMAS A. WILLIS
                                        KAREN GETMAN
                                        REMCHO, JOHANSEN & PURCELL, LLP

                                                Signature on original
                                        By: _____
                                              James C. Harrison

                                        Attorneys for Plaintiffs Carole Migden,
                                        Friends of Carole Migden Committee, and
                                        Re-Elect Senator Carole Migden Committee

STIPULATION AND [PROPOSED] ORDER TO SHORTEN            1
TIME FOR PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION – NO. 2:08-CV-00486-EFB

Case 2:08-cv-00486-EFB   Document 15   Filed 03/13/08   Page 3 of 5

Dated: March 7, 2008

LAWRENCE T. WOODLOCK
FAIR POLITICAL PRACTICES COMMISSION

By: _____Signature on original_____
Lawrence T. Woodlock

Attorneys for Defendants California Fair Political Practices Commission, Ross Johnson, Timothy A. Hodson, A. Eugene Huguenin, Jr., Robert Leidigh and Ray Remy

IT IS SO ORDERED.

The parties' stipulation to shorten time is granted in part as follows:

Defendants' Opposition due Tuesday, March 18, 2008, at 12:00 noon;

Plaintiffs' Reply due Friday, March 21, 2008; and

Hearing on April 1, 2008, at 10:00 a.m. in Courtroom No. 25.

DATED: March 13, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – NO. 2:08-CV-00486-EFB

2

**PROOF OF SERVICE**

I, the undersigned, declare under penalty of perjury that:

I am a citizen of the United States, over the age of 18, and not a party to the within cause or action. My business address is 201 Dolores Avenue, San Leandro, CA 94577.

On March 7, 2008, I served a true copy of the following document(s):

**Stipulation and [Proposed] Order to Shorten Time
for Plaintiffs' Motion for Preliminary Injunction**

on the following party(ies) in said action:

Scott Hallabrin, General Counsel           *Attorneys for Defendants*
Lawrence T. Woodlock,
  Senior Commission Counsel
Fair Political Practices Commission
428 "J" Street, Suite 620
Sacramento, CA 95814-2329
Phone: (916) 322-5660
Fax: (916) 327-2026
Email: shallabrin@fppc.ca.gov
Email: lwoodlock@fppc.ca.gov

☐ **BY UNITED STATES MAIL:** By enclosing the document(s) in a sealed envelope or package addressed to the person(s) at the address above and

☐ depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☐ Placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the businesses' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, located in San Leandro, California, in a sealed envelope with postage fully prepaid.

☒ **BY OVERNIGHT DELIVERY:** By enclosing the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY MESSENGER SERVICE:** By placing the document(s) in an envelope or package addressed to the persons at the addresses listed and providing them to a professional messenger service for service.

STIPULATION AND [PROPOSED] ORDER TO SHORTEN      1
TIME FOR PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION – NO. 2:08-CV-00486-EFB

☐ **BY FACSIMILE TRANSMISSION:** By faxing the document(s) to the persons at the fax numbers listed based on an agreement of the parties to accept service by fax transmission.  No error was reported by the fax machine used.  A copy of the fax transmission is maintained in our files.

☒ **BY EMAIL TRANSMISSION**:  By emailing the document(s) to the persons at the email addresses listed based on a court order or an agreement of the parties to accept service by email.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare, under penalty of perjury, that the foregoing is true and correct.  Executed on March 7, 2008, in San Leandro, California.

_____
Kristen Snider

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – NO. 2:08-CV-00486-EFB

2