IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLE MIGDEN, et al.,

     Plaintiffs,

  vs.

CALIFORNIA FAIR POLITICAL PRACTICES COMMITTEE, et al.,

     Defendants.

No. CIV S-08-0486 EFB

ORDER

_____/

AND RELATED COUNTERCLAIM
_____/

This case was before the court on May 14, 2008, for a scheduling conference. James C. Harrison and Karen Getman appeared on behalf of plaintiffs and counterdefendants. Lawrence Woodlock and Kourtney Vaccaro appeared on behalf of defendants and counterclaimants (referred to collectively as the "FCCP"). Based on the parties' status reports and comments made at the hearing, the court issues the following scheduling order.

SERVICE OF PROCESS

All parties have been served and no further service is permitted except with leave of court, good cause having been shown.

/////

1

JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown.

JURISDICTION/VENUE

Jurisdiction is undisputed and is hereby found to be proper, as is venue.

MOTION HEARING SCHEDULES

As discussed at the hearing, the issue predominating this litigation, i.e., the constitutionality of California Government Code ("Cal. Gov't Code") § 89519, is appropriately resolved through cross-motions for summary judgment.[1]

Accordingly, the court sets the following briefing schedule. As ordered at the hearing, plaintiffs' motion for summary judgment shall be filed no later than May 28, 2008. The FCCP's opposition combined with its cross-motion for summary judgment shall be filed no later than July 2, 2008. Plaintiffs' reply combined with their opposition to the cross-motion shall be filed no later than July 16, 2008. The FCCP's reply on its cross-motion shall be filed no later than July 30, 2008, and a hearing on both motions is scheduled for August 4, 2008, at 9:30 a.m. before the undersigned.

DISCOVERY

Although the FCCP has indicated its intention to support its motion for summary adjudication with evidence from expert witnesses, the court finds that discovery as to its counterclaims is premature. The primary issue dominating the litigation is plaintiff's First Amendment challenge to § 89519. The counterclaim alleges specific violations of this provision and other state election laws. Because jurisdiction over those claims is supplemental, the court will reexamine jurisdiction over the supplemental claims should plaintiffs' constitutional claims

---

[1] The FCCP's counterclaim alleges violations of § 89519, in addition to other state campaign finance laws, and jurisdiction over those claims is supplemental pursuant to 28 U.S.C. § 1367(a).

1  be fully resolved on summary judgment.  *See* 28 U.S.C. 1367(c) (providing that, in certain
2  circumstances, the court may decline to retain supplemental jurisdiction over state law claims).
3  Accordingly, discovery as to the counterclaims shall be stayed pending resolution of the cross-
4  motions for summary judgment.  However, the parties are free to conduct discovery, expert and
5  otherwise, for purposes of the summary judgment motions regarding the constitutionality of
6  § 89519 although the court notes that the statutory provision speaks for itself.

7  <u>FINAL PRETRIAL CONFERENCE AND TRIAL</u>

8        The court will schedule pretrial proceedings, if necessary, upon the resolution of the
9  parties' cross-motions for summary judgment.

10 <u>SETTLEMENT CONFERENCE</u>

11       A Settlement Conference is set for July 3, 2008, at 10:00 a.m. in Courtroom No. 27
12 before the Honorable Dale A. Drozd.

13       In accordance with the foregoing, IT IS ORDERED that:

14       1.      The parties may conduct discovery, expert and otherwise, for
15 purposes of supporting the cross-motions for summary judgment on the issue of § 89519's
16 constitutionality.  Discovery as to FCCP's counterclaims is stayed pending resolution of the
17 cross-motions for summary judgment.

18       2.      A Settlement Conference is set for July 3, 2008, at 10:00 a.m. in Courtroom No.
19 27 before the Honorable Dale A. Drozd.  Counsel are directed to submit settlement conference
20 statements to the settlement judge not later than seven (7) days prior to the conference.  At
21 counsel's option, such statements may be submitted in confidence pursuant to Local Rule
22 16-270(d).

23       Each party is directed to have a principal capable of disposition at the Settlement
24 Conference or to be fully authorized to settle the matter on any terms and at the Settlement
25 Conference.

26 ////

1       3.      Plaintiffs' motion for summary judgment is due no later than May 28, 2008. The
2 FCCP's opposition thereto and cross-motion for summary judgment shall be filed together by no
3 later than July 2, 2008. Plaintiffs' reply and opposition shall be filed no later than July 16, 2008.
4 The FCCP's reply thereto shall be filed no later than July 30, 2008. A hearing on the motions is
5 scheduled for August 4, 2008, at 9:30 a.m. before the undersigned.

6       4.      This schedule may be modified only upon a showing of good cause. Fed. R. Civ.
7 P. 16(b)(4).

8 DATED: May 27, 2008.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE