JAMES C. HARRISON, State Bar No. 161958
THOMAS A. WILLIS, State Bar No. 160989
KAREN GETMAN, State Bar No. 136285
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA  94577
Phone:  (510) 346-6200
FAX:  (510) 346-6201

Attorneys for Plaintiffs
Carole Migden, et al.

SCOTT HALLABRIN, State Bar No. 076662
LAWRENCE T. WOODLOCK, State Bar No. 137676
KOURTNEY VACCARO, State Bar No. 173558
HEATHER M. ROWAN, State Bar No. 232415
FAIR POLITICAL PRACTICES COMMISSION
428 "J" Street, Suite 800
Sacramento, CA  95814
Phone: (916) 322-5660
Fax:  (916) 327-2026

Attorneys for Defendants
Fair Political Practices Commission, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE MIGDEN, et al., | No.: 2:08-CV-00486-EFB |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO ENLARGE TIME AND CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CALIFORNIA FAIR POLITICAL PRACTICES COMMISSION, et al., | |
| Defendants. | |

1 Plaintiffs and Counterdefendants Carole Migden, et al., filed a Motion for Summary Judgment and Summary Adjudication on May 28, 2008. Defendants and Counter-Claimants FPPC, et al., filed an Opposition and Cross-Motion for Summary Judgment and Adjudication on July 2, 2008. Since July 3, 2008, at which time the parties engaged in a court-ordered settlement conference with Magistrate Judge Drozd, the parties have been engaged in settlement negotiations. In order to allow time for the parties to continue these discussions, the parties hereby request that the summary judgment motion hearing currently scheduled for September 10, 2008, at 9:30 a.m. be rescheduled to October 1, 2008, at 10:00 a.m., or as soon thereafter as is convenient for the Court, and that the remaining briefing schedule be enlarged. There have been no previous stipulations or motions to enlarge time in this case.

To that end, the parties hereby propose to adhere to the following briefing schedule:

Plaintiffs' and Counterdefendants' combined Reply in Support of Motion for Summary Judgment and Adjudication and Opposition to Cross-Motion due Wednesday, September 10, 2008; and

Defendants' and Counter-Claimants' Reply in Support of Cross-Motion due Wednesday, September 17, 2008;

Hearing on Wednesday, October 1, 2008, at 10:00 a.m.

Dated: August _____, 2008      Respectfully submitted,

JAMES C. HARRISON
THOMAS A. WILLIS
KAREN GETMAN
REMCHO, JOHANSEN & PURCELL, LLP

By: _____Signature on original_____
    James C. Harrison

Attorneys for Plaintiffs Carole Migden,
Friends of Carole Migden Committee, and
Re-Elect Senator Carole Migden Committee

JOINT STIPULATION AND ORDER TO ENLARGE TIME
AND CONTINUE HEARING ON MOTION FOR SUMMARY
JUDGMENT – NO. 2:08-CV-00486-EFB

1

Dated: August _____, 2008

LAWRENCE T. WOODLOCK
FAIR POLITICAL PRACTICES COMMISSION

By: _____
    Signature on original
    Lawrence T. Woodlock

Attorneys for Defendants California Fair Political Practices Commission, Ross Johnson, Timothy A. Hodson, A. Eugene Huguenin, Jr., Robert Leidigh and Ray Remy

    The proposed briefing and hearing schedule is approved and so ordered. The parties shall notify the court immediately once a final settlement, if any, is reached in this matter.

DATED: August 11, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE