1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CAROLE MIGDEN, et al.,

11        Plaintiffs,                          No. CIV S-08-0486 EFB
          vs.
12
    CALIFORNIA FAIR POLITICAL                  ORDER RE SETTLEMENT
13  PRACTICES COMMITTEE, et al.,               & DISPOSITION

14        Defendants.
                                          /
15
    AND RELATED COUNTER-CLAIMS
16                                        /

17        Pursuant to the representations of counsel for the parties after further settlement

18  proceedings before Magistrate Judge Drozd, the court has determined that the above-captioned

19  case has settled as to all claims, save and except an anticipated fee petition.

20        The court now orders that dispositional documents are to be filed not later than sixty (60)

21  days from the date of this order.

22        All hearing dates set in this matter, including the hearing on the parties' cross-motions for

23  summary judgment, currently set for October 1, 2008, are **VACATED.**

24  ////

25  ////

26  ////

1

1   <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3   CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4       IT IS SO ORDERED.
5   DATED: September 11, 2008.

                                    /s/ Edmund F. Brennan
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE