JAMES C. HARRISON, State Bar No. 161958
THOMAS A. WILLIS, State Bar No. 160989
KAREN GETMAN, State Bar No. 136285
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA 94577
Phone: (510) 346-6200
FAX: (510) 346-6201

Attorneys for Plaintiffs and/or Counterdefendants
Carole Migden, Friends of Carole Migden Committee, Re-Elect Senator Carole Migden Committee, Roger Sanders, Re-Elect Assemblywoman Carole Migden 1998 and Carole Migden Leadership Committee

SCOTT HALLABRIN, State Bar No. 076662
LAWRENCE T. WOODLOCK, State Bar No. 137676
KOURTNEY VACCARO, State Bar No. 173558
HEATHER M. ROWAN, State Bar No. 232415
FAIR POLITICAL PRACTICES COMMISSION
428 "J" Street, Suite 800
Sacramento, CA 95814
Phone: (916) 322-5660
Fax: (916) 327-2026

Attorneys for Defendants and Counterclaimants
California Fair Political Practices Commission, Ross Johnson, Timothy A. Hodson, A. Eugene Huguenin, Jr., Robert Leidigh and Ray Remy

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE MIGDEN, et al., | No.: 2:08-CV-00486-EFB |
| Plaintiffs, | **FINAL JUDGMENT** |
| vs. | |
| CALIFORNIA FAIR POLITICAL PRACTICES COMMISSION, et al., | |
| Defendants, | |
| CALIFORNIA FAIR POLITICAL PRACTICES COMMISSION, et al., | |
| Counterclaimants, | |
| vs. | |
| CAROLE MIGDEN, et al., | |
| Counterdefendants. | |

FINAL JUDGMENT – NO. 2:08-CV-00486-EFB

Plaintiffs Carole Migden, Friends of Carole Migden, and Re-Elect Senator Carole Migden; Defendants and Counterclaimants Fair Political Practices Commission, Ross Johnson, Timothy A. Hodson, A. Eugene Huguenin, Jr., Robert Leidigh, and Ray Remy; and Counterdefendants Carole Migden, Re-Elect Assemblywoman Carole Migden 1998, Carole Migden Leadership Committee, Friends of Carole Migden, Re-Elect Senator Carole Migden and Roger Sanders have entered into a stipulation to settle this action.  Pursuant to the Stipulation for Dismissal and Judgment and Order Thereon, including the Settlement Agreement attached thereto as Exhibit 1,

IT IS HEREBY ORDERED:

1. Plaintiffs are prevailing parties entitled to obtain attorneys' fees and costs insofar as they have obtained a preliminary injunction on their as applied challenge to California Government Code section 89519 and as set forth in the Settlement Agreement.

2. Counterclaimants are entitled to administrative penalties from Counterdefendants in the sum of $40,000 in full settlement of the counterclaims; however, Counterclaimants are not entitled to attorneys' fees and costs in this regard.

3. The Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of the Judgment, and to award reasonable attorneys' fees to Plaintiffs as set forth in the Settlement Agreement.  Plaintiffs shall file their supported motion for attorney fees pursuant to E.D. Cal. L.R. 54-293, within thirty days of the filing date of this order; defendants shall file a statement of non-opposition or supported statement of opposition to the requested amounts within fourteen days thereafter; plaintiffs may file a reply within five days after defendants have filed their statement.

4. The Complaint for Injunctive and Declaratory Relief is dismissed with prejudice.

5. The Counterclaim is dismissed with prejudice.

DATED:  October 15, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

FINAL JUDGMENT – NO. 2:08-CV-00486-EFB        1