JAMES C. HARRISON, State Bar No. 161958
THOMAS A. WILLIS, State Bar No. 160989
KAREN GETMAN, State Bar No. 136285
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA  94577
Phone:  (510) 346-6200
FAX:  (510) 346-6201

Attorneys for Plaintiffs and/or Counterdefendants
Carole Migden, Friends of Carole Migden
Committee, Re-Elect Senator Carole Migden
Committee, Roger Sanders, Re-Elect
Assemblywoman Carole Migden 1998 and
Carole Migden Leadership Committee

SCOTT HALLABRIN, State Bar No. 076662
LAWRENCE T. WOODLOCK, State Bar No. 137676
KOURTNEY VACCARO, State Bar No. 173558
HEATHER M. ROWAN, State Bar No. 232415
FAIR POLITICAL PRACTICES COMMISSION
428 "J" Street, Suite 800
Sacramento, CA  95814
Phone: (916) 322-5660
Fax:  (916) 327-2026

Attorneys for Defendants and Counterclaimants
California Fair Political Practices Commission, Ross Johnson,
Timothy A. Hodson, A. Eugene Huguenin, Jr.,
Robert Leidigh and Ray Remy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE MIGDEN, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>CALIFORNIA FAIR POLITICAL PRACTICES COMMISSION, et al.,<br><br>   Defendants,<br><br>CALIFORNIA FAIR POLITICAL PRACTICES COMMISSION, et al.,<br><br>   Counterclaimants,<br><br>vs.<br><br>CAROLE MIGDEN, et al.,<br><br>   Counterdefendants. | No.:  2:08-CV-00486-EFB<br><br>**JOINT STIPULATION AND ORDER REGARDING ATTORNEYS' FEES** |

Plaintiffs Carole Migden, Friends of Carole Migden, and Re-Elect Senator Migden; Defendants and Counterclaimants Fair Political Practices Commission, Ross Johnson, Timothy A. Hodson, A. Eugene Huguenin, Jr., Robert Leidigh, and Ray Remy; and Counterdefendants Carole Migden, Re-Elect Assemblywoman Carole Migden 1998, Carole Migden Leadership Committee, Friends of Carole Migden, Re-Elect Senator Carole Migden, and Roger Sanders, hereby stipulate and agree as follows:

1. The Court entered Final Judgment on October 15, 2008. Pursuant to the judgment, Plaintiffs are prevailing parties entitled to attorneys' fees and costs for obtaining a preliminary injunction on their as applied challenge to California Government Code section 89519, as set forth in the Settlement Agreement.

2. The Court retained jurisdiction to award reasonable attorneys' fees and costs to Plaintiffs.

3. Pursuant to negotiations, the parties hereby stipulate that the award of attorneys' fees in the amount of $220,000 is reasonable and appropriate and may and should be awarded by the Court.

4. GOOD CAUSE APPEARING it is hereby ORDERED that the State of California shall forthwith pay attorneys' fees and costs in the amount of $220,000 to Plaintiffs' counsel, Remcho, Johansen & Purcell, LLP.

Dated: November _____, 2008       Respectfully submitted,

JAMES C. HARRISON
THOMAS A. WILLIS
KAREN GETMAN
REMCHO, JOHANSEN & PURCELL, LLP

By: _____
    Signature on original
    James C. Harrison

Attorneys for Plaintiffs Carole Migden,
Friends of Carole Migden Committee, and
Re-Elect Senator Carole Migden Committee

| | |
|---|---|
| Dated: November _____, 2008 | SCOTT HALLABRIN<br>LAWRENCE T. WOODLOCK<br>KOURTNEY VACCARO<br>HEATHER M. ROWAN<br>FAIR POLITICAL PRACTICES COMMISSION |

                                          Signature on original
                                By: _____
                                     Scott Hallabrin

Attorneys for Defendants California Fair Political Practices Commission, Ross Johnson, Timothy A. Hodson, A. Eugene Huguenin, Jr., Robert Leidigh and Ray Remy

IT IS SO ORDERED.

DATED: November 17, 2008

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING ATTORNEYS' FEES –
NO. 2:08-CV-00486-EFB

2